# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RICKEY L. CAMPBELL**                                                         **PLAINTIFF**
**ADC #178023**

v.                    No. 3:24-cv-154-DPM

**THOMAS HURST, Warden, Calico
Unit, ADC; CLAUDIA HARRIS,
Deputy Warden, Grimes Unit, ADC;
and THOMAS ROLLIN, Disciplinary
Hearing Officer, ADC**                             **DEFENDANTS**

## ORDER

Motion, *Doc. 5*, granted as modified. Campbell's objections are due by 4 November 2024.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 October 2024