IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICKEY L. CAMPBELL
ADC #178023                                                                PLAINTIFF

v.                         No. 3:24-cv-154-DPM

THOMAS HURST, Warden, Calico
Unit, ADC; CLAUDIA HARRIS,
Deputy Warden, Grimes Unit, ADC;
and THOMAS ROLLIN, Disciplinary
Hearing Officer, ADC                                                      DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 4*, and overrules Campbell's objections, *Doc. 7*. Fed. R. Civ. P. 72(b)(3). Campbell's complaint will be dismissed without prejudice. Strike recommended. 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 December 2024