IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICKEY L. CAMPBELL                                              PLAINTIFF
ADC #178023

v.                        No. 3:24-cv-154-DPM

THOMAS HURST, Warden, Calico
Unit, ADC;  CLAUDIA HARRIS,
Deputy Warden, Grimes Unit, ADC;
and THOMAS ROLLIN, Disciplinary
Hearing Officer, ADC                                            DEFENDANTS

## JUDGMENT

Campbell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 December 2024